UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
    ABC,

                          Petitioner,

          -v-

    DEF et al.,

                          Respondents.
---------------------------------------------------------------------X

21-MC-217 (JMF)

ORDER

**JESSE M. FURMAN**, United States District Judge:

       On March 10, 2021, the undersigned, sitting in Part I, denied Petitioner's motion for leave to file its petition to confirm a final arbitration award in redacted form and to file a related exhibit, namely the final arbitration award itself, under seal. *See* ECF No. 3. Respondents, who had not been served at the time, now move for reconsideration of that ruling. *See* ECF No. 4-6.

       Upon review of Respondents' motion papers, the motion is GRANTED. In contrast to Petitioner, Respondents provide reasons above and beyond the parties' confidentiality agreement to keep the relevant information under seal. *See* ECF No. 6. That said, the question of whether the papers should be maintained under seal or in redacted form on a permanent basis is ultimately a question for the District Judge who is assigned the merits case. Accordingly, if any party believes that the materials at issue should remain sealed or redacted, it shall make a proper motion before the assigned District Judge **within two weeks of the date of this Order**. Absent a motion by that date, Petitioner shall promptly file the relevant documents without restrictions.

       The Clerk of Court is directed to terminate ECF Nos. 4 and 5.

       SO ORDERED.

Dated: March 17, 2021
      New York, New York

                                                      _____
                                                            JESSE M. FURMAN
                                                  United States District Judge